**Kenneth P. Dobson, OSB No. 002435**
landlaw.oregon@gmail.com
Attorney at Law
324 S. Abernethy Street
Portland, OR 97239
(971) 717-6582

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KRISTY LUND, as personal representative of the ESTATE OF JOHN LUND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA and JOHN DOES 1 -15.<br><br>　　　　Defendants. | Case No.: 3:19-cv-02015-AR<br><br>**REPRESENTATION STATEMENT** |

　　　　The undersigned represents Kristy Lund, as personal representative of the Estate of John Lund. The following is a list of all parties to the action and the names, addresses, telephone numbers, and emails of the respective counsel.  See Federal Rule of Appellate Procedure 12(b); Ninth Circuit Rule 3-2(b).

**COUNSEL FOR PLAINTIFF/APPELLANT KRISTY LUND, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JOHN LUND:**

Kenneth P. Dobson
Attorney at Law
324 S. Abernethy Street
Portland, Oregon 97239
Telephone: (971) 717-6582
Fax: (503) 274-8384
landlaw.oregon@gmail.com

Damien M. Schiff
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Fax: (916) 419-7747

1 – **REPRESENTATION STATEMENT**

dschiff@pacificlegal.org

Jeffrey W. McCoy
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Fax: (916) 419-7747
jmccoy@pacificlegal.org

**COUNSEL FOR DEFENDANT/APPELLEE UNITED STATES**

Kevin C. Danielson
Executive Assistant U.S. Attorney
US Department of Justice, District of Oregon
1000 SW Third Ave., Suite 600
Portland, Oregon 97204
Telephone: (503)727-1000
kevin.c.danielson@usdoj.gov

Sean E. Martin
Assistant U.S. Attorney
U.S. Attorney's Office, District of Oregon
1000 SW Third Street, Suite 600
Portland, Oregon 97204-2936
Telephone: (503)727-1000
Sean.Martin@usdoj.gov


DATED:  May 15, 2023

                                                  */s/ Kenneth P. Dobson*
                                                Kenneth P. Dobson, OSB No. 002435
                                                *Of Attorneys for Plaintiff*

2 – **REPRESENTATION STATEMENT**

## DECLARATION OF SERVICE

I hereby certify that I served the foregoing **Representation Statement** on the following:

> Kevin C. Danielson
> Executive Assistant U.S. Attorney
> US Department of Justice, District of Oregon
> 1000 SW Third Ave., Suite 600
> Portland, Oregon 97204
> Email: kevin.c.danielson@usdoj.gov
>
> Sean E. Martin
> Assistant U.S. Attorney
> U.S. Attorney's Office, District of Oregon
> 1000 SW Third Street, Suite 600
> Portland, Oregon 97204-2936
> Email: Sean.Martin@usdoj.gov
>
> *Attorneys for Defendant United States*

by the following method(s):

__X__   by **e-service, emailing** a full, true and correct copy thereof to the parties at the email addresses shown above, which are the last-known email addresses of the parties, on the date set forth below.

__X__   by using the **CM/ECF system**, which caused the foregoing to be served electronically on Kevin C. Danielson and Sean E. Martin through CM/ECF for the United States District Court for the District of Oregon.
.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

Dated:  May 15, 2023

> */s/ Kenneth P. Dobson*
> Kenneth P. Dobson, OSB No. 002435
> *Of Attorneys for Lund*

3 – **REPRESENTATION STATEMENT**