# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** OREGON

## Amended Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:19-cv-02015-AR

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: December 11, 2019

Date of judgment or order you are appealing: March 29, 2023 (judgment)   March 17, 2023 (order)

Docket entry number of judgment or order you are appealing: 59 (incl. 58, 52)

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Kristy Lund, as personal representative of the Estate of John Lund.

Is this a cross-appeal?   ○ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:   State:   Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Kenneth P. Dobson   **Date** May 17, 2023

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1   Rev. 06/09/2022

**DECLARATION OF SERVICE**

I hereby certify that I served the foregoing **Notice of Appeal** on the following:

>Kevin C. Danielson
>Executive Assistant U.S. Attorney
>US Department of Justice, District of Oregon
>1000 SW Third Ave., Suite 600
>Portland, Oregon 97204
>Email: kevin.c.danielson@usdoj.gov
>
>Sean E. Martin
>Assistant U.S. Attorney
>U.S. Attorney's Office, District of Oregon
>1000 SW Third Street, Suite 600
>Portland, Oregon 97204-2936
>Email:  Sean.Martin@usdoj.gov
>
>*Attorneys for Defendant United States*

by the following method(s):

__X__    by **e-service, emailing** a full, true and correct copy thereof to the parties at the email addresses shown above, which are the last-known email addresses of the parties, on the date set forth below.

__X__    by using the **CM/ECF system**, which caused the foregoing to be served electronically on Kevin C. Danielson and Sean E. Martin through CM/ECF for the United States District Court for the District of Oregon.
.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

Dated:  May 15, 2023

>*/s/ Kenneth P. Dobson*
>Kenneth P. Dobson, OSB No. 002435
>*Of Attorneys for Lund*